In the Matter of NEW YORK UNIVERSITY, Respondent, against FRANK J. TAYLOR, as Comptroller of the City of New York, Appellant.

Argued November 29, 1937; decided January 4, 1938.

*Paul Windels, Corporation Counsel (Robert C. Rand, Sol Charles Levine, Edmund B. Hennefeld* and *Robert Granville Burke* of counsel), for appellant.

*Chester Bordeau* and *Adrian L. Foley* for respondent.

*John Godfrey Saxe* and *Raymond D. O'Connell* for Trustees of Columbia University et al., *amici curiæ.*

*George H. Porter* and *Charles W. Root* for Teachers College, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.